


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

GLEN WARREN DARBY                     DOCKET NO. 6:13-cv-01762

VERSUS                                JUDGE DOHERTY

U.S. COMMISSIONER, SOCIAL             MAGISTRATE JUDGE HANNA
SECURITY ADMINISTRATION


# JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1]  This includes, but does not limit, sending the case to the hearing level with instructions to the Administrative Law Judge to order an updated

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

consultative examination of claimant or an evaluation by claimant's treating physician, specifically for the purpose of determining whether the claimant's heart disease is an impairment that meets or medically equals a listed impairment. The claimant shall be afforded the opportunity to submit additional evidence and to testify at a supplemental hearing.

Signed at Lafayette, Louisiana, this 30th day of July, 2015.

Rebecca F. Doherty
United States District Judge